IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jason Wayne Weaver, )<br>#10932-171 )<br>                                )<br>        Plaintiff, )<br>                                )<br>vs. )<br>                                )<br>Anderson City Jail and Medical Staff; )<br>Nurse Angelia White; Dr. Mark Dorn, )<br>                                )<br>       Defendants. )<br>_____) | Civil Action No.: 3:08-2723-TLW-JRM |

## ORDER

Plaintiff, Jason Wayne Weaver ("plaintiff"), proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983 on August 5, 2008. (Doc. #1). The case was referred to Magistrate Judge Joseph R. McCrorey pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #27). On February 3, 2009, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the action be dismissed with prejudice. (Doc. #27). The plaintiff filed no objections to the report. Objections were due on February 23, 2009[1].

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

---

[1] The plaintiff has been unable to receive documents through the mail. The plaintiff has not provided the Court with a forwarding address. (Doc. #27).

1

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. As noted by the Magistrate Judge, the plaintiff has failed to keep the Clerk of Court advised of changes in his address, and neither the Court nor the defendants have any means of contacting the plaintiff concerning his case. (Doc. #27). For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #27).

**IT IS SO ORDERED**.

                                              s/Terry L. Wooten
                                            United States District Judge

April 23, 2009
Florence, South Carolina

2